Date: 10/08/10          DIVIDENDS REMITTED TO THE COURT          Page: 1

*# 15/100*

Case Number 10-10740 - GILLES, ERIN LEIGH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ENT Health Services<br>25761 Lorain Road<br>3rd floor<br>North Olmsted, OH 44070<br>   8433 | 000005 | 61.08 | 4.53 |
| ---------- Remittance Total ---------- | | 61.08 | 4.53   *ck*<br>*/06* |

*signature*

DAVIS, STEVEN S., Trustee

